UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRENT PECTOL, et al., Plaintiffs, v. BRENT ERNEST PECTOL, et al., Defendants. | Case No. 18-cv-00717-HSG<br><br>**ORDER REGARDING COMPLIANCE WITH CIVIL LOCAL RULE 3-11** |

A number of materials sent to Plaintiffs have been returned to the Court as undeliverable. *See* Dkt. Nos. 11, 12, 15, 16, 17, 18, 20, 21. The return of these materials suggests that Plaintiffs are not at the addresses on file with the Court. *See id.* Under Civil Local Rule 3-11(a), "[a]n attorney or a party proceeding pro se whose address changes while an action is pending must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address." The Court may dismiss, without prejudice, a complaint when "[m]ail directed to the attorney or pro se party by the Court has been returned to the Court as not deliverable," and the Court "fails to receive within 60 days of this return a written communication from the attorney or pro se party indicating a current address." *See* Civil L.R. 3-11(b). To avoid this result, Plaintiffs should promptly update any mailing addresses on file with the Court.

**IT IS SO ORDERED.**

Dated: 2/27/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRENT PECTOL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BRENT ERNEST PECTOL, et al.,<br><br>    Defendants. | Case No.18-cv-00717-HSG<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/27/2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Czar Joshua Pectol
88 Kearny Street, #600
San Francisco, CA 94108

Michael Brent Pectol
88 Kearny Street, #600
San Francisco, CA 94108

Taj Tou Pectol
88 Kearny Street, #600
San Francisco, CA 94108

Vahina Angie Pectol
88 Kearny Street, #600
San Francisco, CA 94108

Dated: 2/27/2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Nikki D. Riley, Deputy Clerk to the
Honorable HAYWOOD S. GILLIAM, JR.