UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRENT PECTOL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BRENT ERNEST PECTOL, et al.,<br><br>Defendants. | Case No. 18-cv-00717-HSG<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR NEW CALENDAR DATE**<br><br>Re: Dkt. No. 36 |

On April 24, 2018, Plaintiff Michael Pectol submitted a filing requesting a "new calendar date." Dkt. No. 36. Plaintiff's request is **DENIED**. Plaintiff is referred to the Court's April 24, 2018 order regarding the denial of Plaintiffs' application to proceed *in forma pauperis*. Dkt. No. 35.

**IT IS SO ORDERED.**

Dated: 4/25/2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge